4/24/2014

Dear Mr. Peter Oppeneer:

As you had requested, I have filled out the paperwork for the complaint, civil cover sheet, and a motion to proceed "in forma pauperis" (IFP) so that I could commence a lawsuit against the National Conference of Bar Examiners (NCBE), State Bar of Wisconsin, and American Bar Association (ABA). Please docket this case, assign it a case number, upload it onto PACER and CM/ECF and mail all correspondence and legal documentation to me at the following address:

Ronald Satish Emrit
976 Douglas Ave., 2nd Floor
Providence, RI 02908

If you should have any questions, comments, or concerns, then please do not hesitate to contact me at (401) 272-0547. You can also email me at einsteinrockstar@hotmail.com. Thanks in advance.

Cordially Yours,

Ronald Satish Emrit

DOC NO
REC'D/FILED
2014 APR 28 AM 10: 37
PETER OPPENEER
CLERK US DISTRICT COURT
WD OF WI