Ronald Satish Emmt
976 Douglas Ave., 2nd Floor
Providence, RI 02908



Attn: Mr. Peter Oppeneer
Clerk of the Court
U.S. District Court for the
   Western District of Wisconsin
120 North Henry Street,
   Room 320
Madison, WI 53703