United States District Court for the
Western District of Wisconsin
(120 N. Henry Street, Room 320, Madison, WI)

Ronald Satish Emrit,
Plaintiff (Pro Se)

C.A. No.: 3:14cv310

v.

National Conference of Bar Examiners (NCBE), State Bar of Wisconsin, American Bar Association (ABA), Erica Moeser, Patrick Fiedler, & James R. Silkenat,
Defendants

2014 JUN 26 AM 10:55
PETER OPPENEER
CLERK US DIST COURT
WD OF WI
DOC NO
REC'D/FILED

## NOTICE OF APPEAL

COMES NOW, the plaintiff Ronald Satish Emrit, who is filing this timely notice of appeal to have the present case at bar faxed and/or transmitted to the clerk of the court for the Seventh Circuit Court of Appeals in Chicago, IL. More specifically, the plaintiff is challenging the holding of the lower court as being "clearly erroneous" and perhaps an "abuse of discretion" because of the proposition that this litigation is not frivolous or non-meritorious. As such, the plaintiff is not a "vexatious filer"


or "eggshell plaintiff" whose rambling, unintelligible assertions are argued down the proverbial "slippery slope."

WHEREFORE, the plaintiff has filed this notice of appeal to have the present case at bar faxed and/or transmitted to the clerk of the court for the Seventh Circuit Court of Appeals in Chicago, IL. In the appellate court, the plaintiff is requesting a de novo standard of review whereby the case will be reversed and remanded with specific instructions to the lower court that this case should be adjudicated on the merits because it is not frivolous.

Respectfully submitted,

Ronald Satish Emrit

Ronald Satish Emrit
3370 North Hayden Road,
Apartment 123
Scottsdale, AZ 85251
(301) 537-8471
einsteinrockstar@gmail.com
wilburandcharlotte@gmail.com